IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-48

| | |
|---|---|
| MASON P. ASHE d/b/a ASHE SPORTS & ENTERTAINMENT CONSULTING, INC., a North Carolina Corporation, )<br>)<br>)<br>) | |
| Applicant, ) | |
| ) | **STIPULATION OF VOLUNTARY** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| DAUNTE CULPEPPER, )<br>) | |
| Respondent. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Applicant Mason P. Ashe d/b/a Ashe Sports & Entertainment Consulting, Inc. and Respondent Daunte Culpepper, through counsel, hereby stipulate to the dismissal of this civil action with prejudice.

This the 19th day of April, 2007.

/s/ William K. Davis
N.C. State Bar No. 1117
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, NC 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-4101
E-mail: wdavis@belldavispitt.com

/s/ Michael D. Phillips
N.C. State Bar No. 31730
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, NC 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-4101
E-mail: mphillips@belldavispitt.com

**ATTORNEYS FOR APPLICANT
MASON P. ASHE d/b/a ASHE SPORTS &
ENTERTAINMENT CONSULTING, INC.**

**/s/ John M. Brennan**
FL Bar No. 0297951
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
E-mail: jbrennan@gray-robinson.com

**/s/ Daniel E. Traver**
FL Bar No. 0585262
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
E-mail: dtraver@gray-robinson.com

**/s/ Jeffrey T. Kuntz**
FL Bar No. 26345
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
E-mail: jkuntz@gray-robinson.com

**/s/ Rebecca H. Miller**
N.C. State Bar No. 31688
Robinson & Lawing, L.L.P..
101 N. Cherry Street, Suite 720
Winston-Salem, NC 27101
Telephone: (336) 631-8500
Facsimile: (336) 631-6999
E-mail: miller@robinsonlawing.com

**ATTORNEYS FOR RESPONDENT DAUNTE CULPEPPER**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-48

| | |
|---|---|
| MASON P. ASHE d/b/a ASHE SPORTS & ENTERTAINMENT CONSULTING, INC., a North Carolina Corporation, | ) ) ) ) |
| Applicant, | ) ) |
| vs. | ) ) |
| DAUNTE CULPEPPER, | ) ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>April 19, 2007</u>, I electronically filed the foregoing <u>Stipulation of Dismissal with Prejudice</u> with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following: <u>Rebecca H. Miller, Esq. and Daniel E. Traver, Esq., counsel for Respondent Daunte Culpepper</u>.

    Respectfully submitted,

**/s/ Michael D. Phillips**
N.C. State Bar No. 31730
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC 27120-1029
Telephone: 336/722-3700
Facsimile: 336/722-4101
E-mail: mphillips@belldavispitt.com

- 3 -